UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA                      :
                                                                        :       **ORDER**
             -against-                                   :
                                                                          :       22 Cr. 378 (AKH)

TERRIS OLIVER,                                           :
                                                                       Defendant.    :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing in the above-captioned matter scheduled for March 27, 2024, is hereby adjourned to April 11, 2024, at 11:00 a.m.

        SO ORDERED.

Dated:    February 21, 2024          ____/s/ Alvin Hellerstein____
            New York, New York        ALVIN K. HELLERSTEIN
                                                              United States District Judge