UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA                 :
                                         :
                                         :  **ORDER**
            -against-                    :
                                         :  22 Cr. 378 (AKH)
                                         :
                                         :
TERRIS OLIVER,                           :
                                         :
                        Defendant.       :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing will continue as originally set for 6/4/24 at 10:00 a.m. My order at ECF No. 36 is vacated.

        SO ORDERED.

Dated:    February 21, 2024           ____/s/ Alvin Hellerstein___
            New York, New York        ALVIN K. HELLERSTEIN
                                           United States District Judge