UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
UNITED STATES OF AMERICA            :
                                    :
                                    :  **ORDER**
           -against-                :
                                    :  22 Cr. 378 (AKH)
                                    :
                                    :
TERRIS OLIVER,                      :
                                    :
                      Defendant.    :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing set for the morning of June 4, 2024, is now moved to 4 p.m. on June 4, 2024.

       SO ORDERED.

Dated:    May 31, 2024              ____/s/ Alvin Hellerstein____
            New York, New York      ALVIN K. HELLERSTEIN
                                             United States District Judge